1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9  Frank Samaniego,                              )    No. CV 11-00426-PHX-NVW (ECV)
                                                 )
10                Petitioner,                     )
                                                 )    **ORDER**
11     v.                                         )
                                                 )
12                                                )
   Charles L. Ryan, et al.,                      )
13                                                )
                                                 )
14                Respondents.                    )
                                                 )

15

16     Before the Court is the Amended Report and Recommendation ("R&R") of Magistrate

17 Judge Voss (Doc. 16) regarding Petitioner's Petition for Writ of Habeas Corpus filed

18 pursuant to 28 U.S.C. § 2254 (Doc. 1).  The R&R recommends that the Petition be denied

19 and dismissed with prejudice.  The Magistrate Judge advised the parties that they had

20 fourteen days to file objections to the R&R.  (R&R at 7 (citing 28 U.S.C. § 636(b)(1)).  On

21 January 25, 2012, Petitioner filed an objection to the R&R (Doc. 19) and a motion requesting

22 a certificate of appealability (Doc. 20).

23     The Court has considered the Petitioner's objections and reviewed the Report and

24 Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the

25 court must make a de novo determination of those portions of the Report and

26 Recommendation to which specific objections are made).  The Court agrees with the

27 Magistrate Judge's determinations, accepts the recommended decision within the meaning

28 of Fed. R. Civ. P. 72(b), and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)

1   (stating that the district court "may accept, reject, or modify, in whole or in part, the findings

2   or recommendations made by the magistrate").

3       IT IS THEREFORE ORDERED that the Amended Report and Recommendation of

4   the Magistrate Judge (Doc. 16) is accepted.

5       IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying and

6   dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254

7   (Doc. 1) with prejudice.  The Clerk shall terminate this action.

8

9       Having considered the issuance of a Certificate of Appealability from the order

10  denying Petitioner's Petition for a Writ of Habeas Corpus, the Court finds that the Petition

11  is justified by a plain procedural bar and jurists of reason would not find the procedural

12  ruling debatable.  Accordingly, Certificate of Appealability and leave to proceed *in forma*

13  *pauperis* on appeal will be denied.

14      IT IS THEREFORE ORDERED that Petitioner's Request for Certificate of

15  Appealability (Doc. 20) is denied.

16      DATED this 27th day of January, 2012.

17

18  _____
                    Neil V. Wake
19             United States District Judge

20

21

22

23

24

25

26

27

28